IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| GUS HILL,<br><br>         Plaintiff,<br><br>vs.<br><br>SCOTTSDALE INSURANCE COMPANY and JOHN DOES 1–10,<br><br>         Defendants. | CV 24–54–M–DLC<br><br><br><br>ORDER |

The parties have filed a Stipulation for Dismissal (Doc. 21).

Accordingly, IT IS ORDERED that this case is DISMISSED with prejudice, with each party to bear its own attorneys' fees and costs.

The Clerk of Court is directed to close this file.

DATED this 5th day of December, 2024.

_____
Dana L. Christensen, District Judge
United States District Court